United States District Court
Southern District of Texas
**ENTERED**
January 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-193 |
| | § | |
| CHRISTOPHER DALE GAINES | § | |

## ORDER

Pending before the Court are Defendant Christopher Gaines' Motion to Modify Special Conditions of Supervised Release under 18 U.S.C. § 3583(e) (D.E. 33) and Motion for the Court to Accept Declaration of Inability to Pay (D.E. 32).

Defendant pled guilty to possession of child pornography on June 4, 2012, and was sentenced to 60 months' imprisonment, to be followed by 10 years' supervised release. The Bureau of Prisons inmate locator indicates that Defendant's projected release date is July 13, 2016. Defendant presently moves the Court to remove the following special condition of supervision as set forth in the Judgment: "The defendant shall not have any contact, direct or indirect, with Lori Ann Hill during the period of supervision." D.E. 29, p. 4. According to Defendant, he needs to contact his common-law wife, Lori Ann Hill, in order to serve her with a divorce petition.

The Court finds that Defendant should be able to communicate with Ms. Hill only to the extent necessary to prosecute his divorce petition in Texas court. He may utilize a process server to serve Ms. Hill with the divorce petition and may communicate with Ms. Hill as necessary during court proceedings.

Defendant's Motion to Modify Special Conditions of Supervised Release under 18 U.S.C. § 3583(e) (D.E. 33) is therefore **GRANTED** only to the extent outlined above. All other contact with Ms. Hill is prohibited. Because there is no filing fee necessary for his motion to modify, Defendant's Motion for the Court to Accept Declaration of Inability to Pay (D.E. 32) is **DENIED as MOOT**.

ORDERED this 4th day of January, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE